# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANIEL BECK,** *et al.*                                                                     **PLAINTIFFS**

**v.**                               **CASE NO. 4:19-CV-00429-BSM**

**SWN PRODUCTION (ARKANSAS) LLC,** *et al.*                            **DEFENDANTS**

## ORDER

Plaintiffs' unopposed motion to dismiss the claims of Artice Criswell, Donnie Honeycutt, and Evelyn Roseburrow [Doc. No. 96] is granted, and their claims are dismissed without prejudice.  Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED, this 3rd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE