IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL BECK** *et al.*                                                                                 **PLAINTIFFS**

**v.**                            **CASE NO. 4:19-CV-00429-BSM**

**SWN PRODUCTION,** *et al*                                                                      **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss [Doc. No. 124] is granted, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE