IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL BECK** *et al.*                                                             **PLAINTIFFS**

v.                       **CASE NO. 4:19-CV-00429-BSM**

**SWN PRODUCTION,** *et al*                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of April, 2022.

                                                  /s/ Brian S. Miller
                                         UNITED STATES DISTRICT JUDGE